UNITED STATES of America, for the Use
and Benefit of Lee A. THARPE,
et al., Plaintiffs,

v.

NORFOLD DREDGING COMPANY, etc.,
et al., Defendants-Third-Party
Plaintiffs-Appellees,

v.

NATIONAL BLASTING COMPANY, Inc.,
Third-Party Defendant-Fourth Party
Plaintiff.

UNITED BONDING INSURANCE COM-
PANY, etc., Third-Party Plaintiff-Fourth
Party Plaintiff-Appellant,

v.

FIRST NATIONAL BANK OF VENICE,
Fourth Party Defendant-Appellee.

No. 27158.

United States Court of Appeals
Fifth Circuit.

Oct. 31, 1969.

Rehearing Denied Dec. 29, 1969.

D. Lloyd Zook, Miami, Fla., for appellant.

W. Robert Mann, Bradenton, Fla.,
David A. Rhodes, Palmetto, Fla., L.
Howard Payne, Venice, Fla., for appellees.

Before TUTTLE, WISDOM, and
BELL, Circuit Judges.

* The Honorable John F. Kilkenny, United States District Judge for the District of Oregon,
sitting by designation.

PER CURIAM:

For the reasons stated in the trial judge's Consolidated Final Judgment and in the Findings of Fact and Conclusions of Law, the judgment is affirmed.